In the Matter of ANTHONY H. LINNEN, Appellant, v ALBERT PRACK, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted August 27, 2012; decided November 20, 2012

Motion, insofar as it seeks leave to appeal from the February 2012 Appellate Division judgment, dismissed as untimely (*see* CPLR 5513 [b]). The prior motion for leave to appeal made at the Appellate Division was untimely. Motion, insofar as it seeks leave to appeal from the June 2012 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONRADO PONS, Appellant, v WILLIAM A. LEE, Respondent.

Submitted August 27, 2012; decided November 20, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of VILLAGE OF PORT CHESTER, Appellant. DOMINICK D. BOLOGNA et al., Respondents.

Submitted September 9, 2012; decided November 20, 2012

Motion by G&S Port Chester, LLC for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.